IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAROL KUNSMAN,

    Plaintiff,

v.

METROPOLITAN DIRECT PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.

CIVIL ACTION
NO. 17-4619

FILED
JUN 2 1 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

**AND NOW**, this 21st day of June, 2018, upon reviewing Defendant Metropolitan Direct Property and Casualty Insurance Company's ("MetLife") Motion to Dismiss (Docket No. 10), all supporting and opposing papers, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. Defendant MetLife's Motion to Dismiss (Docket No. 10) is **DENIED** in part and **GRANTED** in part.

2. Plaintiff Kunsman's Bad Faith claim (Count II) will remain.

3. Paragraphs 31, 33, and 34 shall be stricken from Plaintiff Kunsman's Amended Complaint.

**BY THE COURT:**

_/s/ Jeffrey L. Schmehl_
Jeffrey L. Schmehl, J.